FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

[illegible date stamp] -2 P [illegible] 12

[illegible]
[illegible]
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARLES CUNNINGHAM
SANDRA NICHOLAS

  Plaintiffs

vs.                                   CIVIL ACTION NO.: 1:09-CV-00648-MJG

CREDITOR RECOVERY CORPORATION

  Defendant

### STIPULATION OF DISMISSAL

The parties herein, by and through counsel, stipulate that the above-entitled matter be entered as dismissed, with prejudice, as to all claims. Each party will pay their own costs, expenses and attorney fees.

| THE KENNEDY LAW FIRM | THE LAW OFFICES OF RONALD S. CANTER, LLC |
|---|---|
| /s/ Bernard T. Kennedy | /s/ Ronald S. Canter |
| Bernard T. Kennedy, Esquire | Ronald S. Canter, Esquire |
| The Kennedy Law Firm | 11300 Rockville Pike, Suite 1200 |
| P.O. Box 657 | Rockville, MD 20852 |
| Edgewater, MD 21037 | Telephone: 301-770-7490 |
| Attorney for Plaintiffs | Facsimile: 301-770-7493 |
| | E-Mail: rcanter@roncanterllc.com |
| | Attorney for Defendant |

SO ORDERED, on Tuesday, June 2, 2009.

           /s/
_____
   Marvin J. Garbis
United States District Judge

1